Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                       Civil Action No. 2:14-cv-07611-KM-JBC

CHRIS FODGE,

    Defendant.
_____/

<u>MOTION FOR ENTRY OF CLERK'S DEFAULT
PURSUANT TO FED.R.CIV.P 55(a)</u>

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, Chris Fodge, for failing to plead or otherwise defend this action as required by law. Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

Dated:  August  11, 2015                   Respectfully submitted,

                                                  By: /s/ *Patrick J. Cerillo*
                                                  Patrick J. Cerillo, Esq.
                                                  Patrick J. Cerillo, LLC
                                                  4 Walter Foran Blvd., Suite 402
                                                  Flemington, NJ 08822
                                                  Attorney ID No. 01481-1980
                                                  T: (908) 284-0997
                                                  F: (908) 284-0915
                                                  pjcerillolaw@comcast.net
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

**Service List**

Chris Fodge
136 N. 20th Street
Kenilworth, NJ  07033