UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHRIS FODGE, <br><br> Defendant. | Civ. No. 14-7611 (KM) (JBC) <br><br> **ORDER** |

**MCNULTY, U.S.D.J.:**

    **THIS MATTER** having come before the Court on the motion for default judgment of Plaintiff Malibu Media, LLC, against Defendant Chris Fodge, by and through its counsel, Patrick J. Cerillo, Esq. [Dkt. No. 16]; and the defendant not having opposed the motion; and the Court having considered the papers before it pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the Opinion filed on this date, and for good cause shown:

    **IT IS** this 5th day of April, 2016,

    **ORDERED** that Plaintiff's motion for default judgment is **DENIED**.

_____
**Kevin McNulty**
**United States District Judge**